JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON T. WHITE, | Case No. CV 21-5765-MEMF (KK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: July 17, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge